**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| RYAN SAWYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-00667 |
| | ) | (CMH/IDD) |
| PRINCE WILLIAM COUNTY SCHOOL | ) | |
| BOARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S FED. R. CIV. P. 26(a)(3) FINAL DISCLOSURES FOR TRIAL**

COMES NOW Plaintiff, Ryan Sawyers ("Sawyers"), by counsel, pursuant to Fed. R. Civ. P. 26(a)(3) and this Court's Orders of December 2, 2022, and April 11, 2023, and identifies his witnesses and exhibits for trial. Plaintiff reserves the right to present other witness testimony by deposition should any witness become unavailable to testify at trial in person.

**I.  NAME OF EACH WITNESS PLAINTIFF EXPECTS TO CALL:**

**Witnesses Plaintiff expects to call (F.R.C.P. 26(a)(3)(A)(i):**

1. Ryan Sawyers
2. Dr. Michael Bishop
3. Dr. LaTanya McDade
4. Dr. Carol Flenard (as corporate designee of Prince William County School Board)
5. Justin Wilk
6. Michelle Fair Kincaid
7. Dr. Babur Lateef
8. Ms. Diana Gulotta

9. Mary McGowan

10. Soledad Araya

11. Custodian of Records for Prince William County School Board

II. **NAME OF EACH WITNESS WHO MAY BE CALLED:**
    **F.R.C.P. 26(a)(3)(A)(ii):**

1. Wade Anderson

2. Guy Morgan

3. Dr. Steven Walts

4. Carla Drew

5. Matthew Guilfoyle

6. Karla Tilgner

7. All witnesses identified by Defendant Prince William County School Board to whom Plaintiff does not object.

8. All witnesses identified by Defendant Michael Bishop to whom Plaintiff does not object.

9. Rebuttal and impeachment witnesses who need not be identified.

III. **DESIGNATION OF WITNESSES WHOSE TESTIMONY IS EXPECTED TO OR MAY BE PRESENTED BY DEPOSITION**

1. Dr. Carol Flenard (as corporate designee of Prince William County School Board)

IV. **IDENTIFICATION OF EACH DOCUMENT OR OTHER EXHIBIT:**
    **F.R.C.P. 26(a)(3)(A)(iii):**

Plaintiff submits the following lists of exhibits that it may offer at trial. Plaintiff reserves the right to offer additional exhibits, including documents identified by either Defendant to which Plaintiff does not object and documents used strictly for impeachment or rebuttal purposes, which need not be specifically identified under F.R.C.P. 26(a)(3)(A)(iii).

| Ex. # | Description | ID | Admitted |
|---|---|---|---|
| 1 | Screen Capture of @PioneersPHS from Ryan Sawyers' Twitter login RS000333 | | |

| | | | |
|---|---|---|---|
| 2 | Screen Capture of @PioneersPHS without Twitter login<br>RS000334 | | |
| 3 | Screen Capture of @PioneersPHS without Twitter login<br>RS000388 | | |
| 4 | Screen Capture of @PioneersPHS from Ryan Sawyers' Twitter login<br>RS000337 | | |
| 5 | Screen Capture of @PioneersPHS from Ryan Sawyers' Twitter login<br>RS000336 | | |
| 6 | Video of scrolling through Twitter Feed without login<br>RS000453 | | |
| 7 | Screen capture of baseball search term on @PioneersPHS feed<br>RS000342 | | |
| 8 | Email correspondence between Ryan Sawyers & Soledad Araya<br>RS000330-RS000332 | | |
| 9 | Email correspondence between Ryan Sawyers & Soledad Araya<br>RS000467-RS000469 | | |
| 10 | Answers to Requests for Admissions filed by Michael Bishop in Case No. CL19-7101<br>RS001179-RS001184 | | |
| 11 | Archived Electronic Copy of Twitter Account<br>BISHOP_000084 | | |
| 12 | Screen captures from Twitter Account<br>BISHOP_000001-BISHOP_000004 | | |
| 13 | Screen captures from Twitter Account<br>BISHOP_000005-BISHOP_000013 | | |
| 14 | Screen captures from Twitter Account<br>BISHOP_000014-BISHOP_000015 | | |
| 15 | Communication Guidelines Document dated January 21, 2021<br>BISHOP_000016-BISHOP_000055 | | |
| 16 | Screen captures of PWCSB training modules<br>BISHOP_000056-BISHOP_000060 | | |
| 17 | PWCS Human Resources Regulation 503.02-1<br>BISHOP_000079-BISHOP_000083 | | |
| 18 | Plaintiff's Rule 30(b)(6) Notice of Deposition to PWCSB | | |
| 19 | Prince William County School Board's Objections and Responses to Plaintiff Ryan Sawyers' First Set of Interrogatories | | |
| 20 | Regulation 910-1 adopted September 25, 2019<br>PWCSB010306-PWCSB010307 | | |
| 21 | Defendant Michael Bishop's Answers & Objections to Plaintiff Ryan Sawyers First Interrogatories to Defendant Michael Bishop | | |
| 22 | Policy/Regulation Justification for Regulation 910-1<br>PWCSB010308-PWCSB010312 | | |
| 23 | Communication Guidelines Slide Deck<br>PWCSB007509-PWCSB007550 | | |
| 24 | Email correspondence between Diana Gulotta and Carol Marchant<br>PWCSB008161 | | |
| 25 | Email correspondence between Karla Tilgner and Marcia Jeans<br>PWCSB0071 | | |
| 26 | Regulation 503-1<br>PWCSB00013831-PWCSB00013834 | | |
| 27 | Performance Review of Dr. Michael Bishop<br>PWCSB00015832-PWCSB00015833 | | |
| 28 | Email correspondence between Michael Bishop & PWCS Parent<br>PWCSB000945-PWCSB000947 | | |

| | | | |
|---|---|---|---|
| 29 | Slide Deck for Incoming Freshmen<br>PWCSB000043-PWCSB000046 | | |
| 30 | Email correspondence between Michael Bishop & Wade Anderson<br>PWCSB000927-PWCSB000928 | | |
| 31 | Formal Complaint re Social Media Use<br>PWCSB000373-PWCSB000379 | | |
| 32 | Memorandum to School Board<br>PWCSB008645-PWCSB008647 | | |
| 33 | Q&A re Hot Topics<br>PWCSB010160-PWCSB010166 | | |
| 34 | Email correspondence between Soledad Araya and Michelle Kincaid<br>PWCSB000720-PWCSB000724 | | |
| 35 | Email correspondence between Soledad Araya and Michelle Kincaid<br>PWCSB000906-PWCSB000908 | | |
| 36 | @PioneersPHS Twitter Profile | | |
| 37 | Email correspondence between Soledad Araya and Guy Morgan | | |
| 38 | Email correspondence between Soledad Araya and Guy Morgan | | |
| 39 | Diana Gulotta Tweet @PioneersPHS | | |
| 40 | Tremblay & Smith bills for legal services<br>SAWYERS-001987-SAWYERS-002013 | | |
| 41 | Tremblay & Smith summary of expenses<br>SAWYERS-0001986 | | |
| 42 | CarltonFields bills for legal services<br>SAWYERS-001959-SAWYERS-001985 | | |

**RYAN SAWYERS**

BY COUNSEL

/s/ Evan D. Mayo
Evan D. Mayo, Esquire (VSB No. 89383)
Tremblay & Smith, PLLC
105-109 East High Street
Charlottesville, Virginia 22902
Telephone: (434) 977-4455
Facsimile: (434) 979-1221
evan.mayo@tremblaysmith.com

Gene Rossi, Esquire
Carlton Fields
1025 Thomas Jefferson Street, NW
Suite 400 West
Washington, DC 20007-5208
Telephone: (202) 965-8118
Facsimile: (202) 965-8184
grossi@carltonfields.com

*Counsel for Plaintiff Ryan Sawyers*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was sent via ECF this 21st day of April, 2023, to the following:

Alexander Francuzenko, VSB No. 36510
Thea Paolini, VSB No. 92925
Philip C. Krone, VSB No. 87723
Cook, Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, Virginia 22030
T: (703) 865-7480
F: (703) 434-3510
alex@cookcraig.com
tpaolini@cookcraig.com
pkrone@cookcraig.com

*Counsel for Defendant Bishop*


William B. Porter, VSB No. 41798
Ian J. McElhaney, VSB No. 94888
Blankingship & Keith, P. C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
(703) 691-1235 (telephone)
(703) 691-3913 (facsimile)
wporter@bklawva.com
imcelhaney@bklawva.com

*Counsel for Defendant Prince William County School Board*


         /s/ Evan D. Mayo
           Evan D. Mayo